Joseph Bakhos Esq,
State Bar Number: 327036
17221 E. 17th St., Ste #F
Santa Ana, CA 92705
Telephone: [714]-617-5868
Email Address: jbakhoslaw@yahoo.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ADAM GHADIRI

Plaintiff(s),

v.

SITEONE LANDSCAPE SUPPLY, a business entity; DOUG BLACK, an individual; TIGLIO LLC, a California liability company

Defendant(s).

CASE NUMBER

8:22-cv-02180-KES

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

[✔] This action is dismissed by the Plaintiff(s) in its entirety.   WITH PREJUDICE

[ ] The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

[ ] The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

[ ] The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

[ ] **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) [✔]Complaint, [ ]Counterclaim, [ ]Cross-claim, [ ]Third-Party Claim brought by ____ADAM GHADIRI____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

January 6, 2023
*Date*

*[signature]*
*Signature of Attorney/Party*

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*